■ JAQUANDA NERO et al., Infants by the Parent and Natural Guardian, FELICIA NERO, Respondents, v ISAAC KENDRICK et

al., Appellants, et al., Defendant. [959 NYS2d 86]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra, Lindley and Martoche, JJ.